UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

GUSTAVO GALAVIZ RUIZ,
Petitioner,
v.
J. JOHNSON, et al.,
Respondents.

Case No. CV 5:26-05896-RAO

JUDGMENT

Pursuant to the Order Granting Unopposed Petition for Writ of Habeas Corpus,

IT IS ADJUDGED that the Petition is granted and this action is closed.

DATED: October 21, 2026

/s/
HONORABLE ROZELLA A. OLIVER
UNITED STATES MAGISTRTE JUDGE